UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KUMIKO MORIOKA,

          Plaintiff,

Case No. 2:21-cv-11806

HONORABLE STEPHEN J. MURPHY, III

v.

IBIDEN U.S.A. CORPORATION,

          Defendant.

_____/

## ORDER DISMISSING CASE

Plaintiff's attorney moved to withdraw, ECF 17, and the Court granted the motion, ECF 18. The Court required Plaintiff to either (1) retain new counsel and have that counsel file an appearance; or (2) file a notice to proceed pro se. ECF 18, PgID 73. Plaintiff had until April 29, 2022 to comply with the Court's order. *Id.* The Court informed Plaintiff that failure to comply with the Court's order would result in dismissal of the case without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute the matter. *Id.*

Plaintiff has neither retained new counsel that has filed an appearance on the docket nor filed a notice to proceed pro se, and the deadline to do so has passed. The Court will therefore dismiss the case without prejudice under Rule 41(b) and Local Rule 41.2.

1

2

**WHEREFORE**, it is hereby **ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

s/ Stephen J. Murphy, III  
STEPHEN J. MURPHY, III  
United States District Judge

Dated: May 5, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 5, 2022, by electronic and/or ordinary mail.

s/ David P. Parker  
Case Manager